AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOZANO, RODOLFO | US DISTRICT COURT | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

5400 FEDERAL PLAZA
SUITE 4300
HAMMOND, IN 46320

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | TRUST NO. ▮ GOUGH SPANGLER BUILDING |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TRANSAMERICA LIFE INSURANCE CO | INSURANCE LOAN | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EFFRON II, LTD PARTNERSHIP, YPSILANTI, MI, REAL ESTATE | A | Rent | K | W | | | | | |
| 2. GOUGH SPANGLER TRUST NO▨ MERRILLVILLE, IN | A | Rent | | | Sold | 08/09/11 | J | D | |
| 3. TRANSAMERICA INSURANCE CO - WHOLE LIFE | A | Dividend | J | T | | | | | |
| 4. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 5. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 6. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 7. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 8. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 9. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 10. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 11. METROPOLITAN LIFE INSURANCE CO | A | Dividend | J | T | | | | | |
| 12. JP MORGAN CHASE BANK | A | Int./Div. | J | T | | | | | |
| 13. CENTIER BANK | A | Int./Div. | J | T | | | | | |
| 14. FIFTH THIRD BANK | A | Int./Div. | J | T | | | | | |
| 15. INCOME BENEFICIARY -▨ ▨ LIQUIDATING TRUST (X) | | None | J | W | | | | | |
| 16. WELLS FARGO | | | | | | | | | |
| 17. - CASH | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AT&T INC (COMMON STOCK) (X) | | None | M | T | | | | | |
| 19. - KINDER MORGAN ENERGY PARTNERS (COMMON STOCK) (X) | | None | L | T | | | | | |
| 20. - NISOURCE (COMMON STOCK) (X) | | None | L | T | | | | | |
| 21. - NEW JERSEY HEALTH CARE (MUNI BOND) (X) | | None | J | T | | | | | |
| 22. - TULSA CNTY OK (MUNI BOND) (X) | | None | K | T | | | | | |
| 23. - TARRANT CNTY TX (MUNI BOND) (X) | | None | K | T | | | | | |
| 24. - INDIANA HEALTH (MUNI BOND) (X) | A | Interest | | | Redeemed | 11/28/11 | J | A | |
| 25. - BLACKROCK NATIONAL MUNICIPAL FUND (MUTUAL FUND) (X) | B | Int./Div. | O | T | | | | | |
| 26. - NUVEEN EQUITY PREMIUM OPPORTUNITY FUND (MUTUAL FUND) (X) | A | Int./Div. | J | T | | | | | |
| 27. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS - LINE 1- I HAVE NOT AND WILL NOT ACCEPT A CASE WITH MORT EFFRON, WHO IS THE GENERAL PARTNER OF EFFRON II. EFFRON II, LIMITED PARTNERSHIP IS A SHOPPING CENTER IN YPSILANTI, MICHIGAN.

PART VII - INVESTMENTS AND TRUSTS - LINE 2 - I HAVE NOT PARTICIPATED IN ANY MANAGEMENT DECISIONS IN GOUGH SPANGLER BUILDING PARTNERSHIP TRUST NO. ___ SINCE PRIOR TO MY TAKING THE BENCH. I REQUESTED THAT I NOT BE INVOLVED IN ANY MANAGEMENT DECISIONS WHILE ON THE BENCH AND HAVE BEEN ADVISED THAT A RESOLUTION WAS PASSED TO THIS EFFECT. I HAVE NOT AND WILL NOT ACCEPT ANY CASE INVOLVING SPANGLER, JENNINGS, & DOUGHERTY, P.C., THE BUILDING'S MAJOR TENANT. VALUE FOR THE BUILDING IS SHOWN AS MY SHARE ONLY. IN THE PAST THE BUILDING'S VALUE WAS SHOWN AS TOTAL VALUE. VALUE OF THE BUILDING IS THE APPRAISAL AT THE TIME THE LOAN WITH FIFTH THIRD BANK WAS ISSUED. APPRAISAL ISSUED JULY 17, 1998 TO PINNACLE BANK (WHICH LATER BECAME FIFTH THIRD BANK). AS OF OCTOBER 2010, TITLE AND OWNERSHIP OF THE BUILDING BELONGS TO FIFTH THIRD BANK.

ATTORNEY P. JEFFREY SCHLESINGER HAS RENTED A SMALL OFFICE SPACE IN THE GOUGH SPANGLER BUILDING WHERE I HAD AN INTEREST. THIS ATTORNEY HAS CRIMINAL CASES IN MY COURT AS A CJA ATTORNEY. I HAVE MADE DISCLOSURE OF THIS SITUATION ON ALL CASES WHERE I AM PRESIDING JUDGE WITH THIS ATTORNEY PARTICIPATING. I HAVE RECEIVED WAIVERS FROM COUNSEL AND THE DEFENDENTS ON ALL OF THESE CASES. I HAVE ASKED THE GOVERNMENT AND THIS ATTORNEY TO BE SURE TO REMIND ME TO MAKE A RECORD SO AS TO MAKE SURE A CASE DOES NOT GET OVERLOOKED. I DID NOT APPROACH, NEGOTIATE, OR ENCOURAGE THE RENTING OF THIS OFFICE SPACE. AS MENTIONED BEFORE, I HAVE NOTHING TO DO WITH THE MANAGEMENT OF THE BUILDING.

THE GOUGH SPANGLER BUILDING PARTNERSHIP WAS LIQUIDATED ON AUGUST 09, 2011 AND FINAL 2011 TAX RETURN WAS FILED FOR THE PARTNERSHIP.

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RODOLFO LOZANO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544